IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CALVIN CANNADY                                                                PLAINTIFF

v.                                                                    No. 1:15CV44-GHD-JMV

CLAY COUNTY, MISSISSIPPI                                                      DEFENDANT

## JUDGMENT

Having considered the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge and the objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is ordered:

1. That the plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

2. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court; and

3. That the plaintiff's claims regarding want of probable cause are **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

4. That the plaintiff's claims against Clay County are **DISMISSED** with prejudice.

5. The plaintiff's claims against Sheriff Eddie Scott for failing to present him to the Clay County Circuit Court in accordance with the trial court's warrant will, however, **PROCEED**.

**SO ORDERED**, this, the 17th day of September, 2015.

_____
SENIOR JUDGE