**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**CALVIN CANNADY**                                                     **PLAINTIFF**

**V.**                                                                          **NO. 1:15CV00044-GHD-JMV**

**SHERIFF EDDIE SCOTT, ET AL.**                                       **DEFENDANTS**

<u>**ORDER**</u>

By Order [35] dated April 13, 2016, the Court observed Plaintiff had retained counsel to represent him in this action and, therefore, ordered Plaintiff to show cause why his IFP status should not be revoked and why he should not be required to promptly pay the $400.00 filing fee for this action. The Court directed that should Plaintiff desire to continue to proceed as a pauper in this case, his response must include an updated financial affidavit in accordance with 28 U.S.C. § 1915(a)(1). Plaintiff filed his response and an updated IFP application, *see* Doc. 38, on April 25. The Court has reviewed Plaintiff's response and updated IFP application and finds Plaintiff meets the financial requirements for IFP status under § 1915 and, therefore, will not be required to prepay the filing fee for this action.

SO ORDERED this 4th day of May, 2016.

                                                                               /s/ Jane M. Virden
                                                                                 U. S. Magistrate Judge